# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 23, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129943(67)

BRIAN PERRY,
        Plaintiff-Appellee,

v

GOLLING CHRYSLER PLYMOUTH
JEEP, INC.,
        Defendant-Appellant.

_____

SC: 129943
COA: 254121
Oakland CC: 03-0053489-NI

       On order of the Chief Justice, the joint motion to adjourn the oral argument on the applications for leave to appeal is considered and it is GRANTED. The Clerk is directed to place this case on the December, 2006 session calendar for argument.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 23, 2006

_____
Clerk